# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| William C. Egg, Jr., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 19-cv-1172 WMW/LIB |
| Wm. D. Scepaniak, Inc., Felix Vazquez Robles, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Date: 6/17/2021                              KATE M. FOGARTY, CLERK